IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN DEHART**                                                                              **PLAINTIFF**

v.                          CASE NO. 4:24-CV-00557-BSM

**MATTHEW BEALE,**
**CORINA BEALE, and**
**TIMOTHY NETTZER**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE